GOVERNMENT

EXHIBIT

B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.

FARAH IMBRAHIM
    et al.,

      Plaintiffs/Petitioners

v.

JUAN ACOSTA,
Officer in Charge,

      Defendants/Respondents.

_____/

**<u>DECLARATION OF JUAN L. ACOSTA, OFFICER-IN-CHARGE,</u>**
**<u>KROME SERVICE PROCESSING CENTER</u>**

I, Juan L. Acosta, declare as follows:

1. I am  employed by the Department of Homeland Security (DHS), Immigration and

   Customs Enforcement (ICE), Office of Enforcement and Removal Operations (ERO).

   I am currently assigned to ERO's office at the Krome Service Processing Center

   (Krome SPC), where I am the Officer-in-Charge.  I have been employed with ICE

   since January 22, 2006.

2. ERO is responsible for the detention and removal of aliens detained at the Krome

   SPC, within the jurisdiction of ERO's Miami Field Office.

   My responsibilities as Officer-in-Charge includes, among other tasks, supervision of

   supervisory deportation officers, who in turn supervise a cadre of employees who are

1



responsible for arranging repatriation of aliens to their homelands, following orders of deportation or removal.

3.  This declaration is based upon my personal knowledge, information obtained from records maintained by DHS, or information I have obtained from other DHS employees.

4.  Petitioners Farah Ali Ibrahim; Ibrahim Ahmed Musa; Khalid Abdallah Mohamed; Ismail Abdullahi Jimacle; Sayid Ali Ahmed; Abdi Mohamed; and Ahmed Ibrahim Abdi were returned to the United States to Krome SPC during the early morning of December 9, 2017.  They are presently detained at Krome pursuant to final orders of removal, pending arrangements to remove them to Somalia.

<u>Farah Ali Ibrahim</u>

5.  Petitioner Farah Ali Ibrahimz is a native and citizen of Somalia.  Petitioner Ibrahim has been detained at Krome SPC since the early morning hours of December 9, 2017, pursuant to a final order of removal.   Petitioner's immigration history reflects that he was ordered removed by an immigration judge in New York, New York on February 2, 2017.  The Board of Immigration Appeals dismissed his case on June 22, 2017.  Petitioner Ibrahim did not file an appeal of the Board's decision to the court of appeals by way of Petition for Review.  Further, to the best of my knowledge, to date, Petitioner has not filed a motion to reopen removal proceedings with the Board of Immigration Appeals.

<u>Ibrahim Ahmed Musa</u>

6.  Petitioner Ibrahim Ahmed Musa is a native and citizen of Somalia.  Petitioner Ibrahim has been detained at Krome SPC since the early morning of December 9,



2017, pursuant to a final order of removal.   He was ordered removed by an immigration judge in Atlanta on May 17, 2000.  The Board dismissed his appeal on December 22, 2002.  Petitioner Musa did not file an appeal of the Board's decision to the court of appeals by way of Petition for Review.  Further, to the best of my knowledge, to date, Petitioner has not filed a motion to reopen removal proceedings with the Board of Immigration Appeals. Rather, Petitioner filed a habeas petition in the Middle District of Georgia, in Case No. 7:17-cv-00201-HL-MSH on December 5, 2017.  It is currently pending. <u>Ismail Abdullahi Jimacle</u>

7.  Petitioner Ismail Abdullahi Jimacle (Jimacle) is a native and citizen of Somalia.  Petitioner Jimacle has been detained at Krome SPC since the early morning of December 9, 2017, when he was returned to the United States.  Jimacle's immigration history reflects that an immigration judge in Los Fresnos, Texas, ordered him removed from the United States to Somalia.   On March 17, 2017, the Board remanded the case to the immigration judge to make specific findings regarding Petitioner's fabrication of his case.  On June 21, 2017, an immigration judge denied Petitioner's applications for relief from removal and ordered him removed to Somalia.  Petitioner Jimacle waived appeal from that decision.  To date, Petitioner has not filed a motion to reopen his removal proceedings with the immigration judge in the case.

<u>Sayid Ali Ahmed</u>

8.  Sayid Ali Ahmed is a native and citizen of Somalia.  Petitioner Ahmed has been detained at Krome SPC since the early morning of December 9, 2017, when he was returned to the United States.   Ahmed's immigration history reflects that an

3



immigration judge in Los Fresnos, Texas ordered him removed on February 17, 2017. The Board of Immigration Appeals dismissed his appeal on July 11, 2017.  Ahmed filed a Petition for Review in the Fifth Circuit in Case No. 17-60557 on August 14, 2017.  The petitioner was dismissed on December 5, 2017, for failure to file his brief, which was due on 11/22/17. To date, Petitioner has not filed a motion to reopen his removal proceedings with the Board in his case.

Khalid Abdallah Mohamed

9.  Petitioner Khalid Abdallah Mohammed is a native and citizen of Somalia.  Petitioner Mohamed has been detained at Krome SPC since the early morning of December 9, 2017, when he was returned to the United States.  Mohamed's immigration history reflects that an immigration judge in Buffalo, New York ordered him removed from the United States to Somalia on February 16, 2017.  The Board of Immigration Appeals dismissed his case on July 13, 2017.  Petitioner did not file an appeal from the Board's decision to the court of appeals by way of Petition for Review.  Further, to date, Petitioner has not filed a motion to reopen his removal proceedings with the Board of Immigration Appeals.

Abdi Mohamed

10. Petitioner Abdi Mohamed is a native and citizen of Somalia.  Petitioner Ahmed has been detained at Krome SPC since December 9, 2017, when he was returned to the United States.  Mohamed was ordered removed by an immigration judge in Atlanta, Georgia on March 29, 2001.  The Board of Immigration Appeals dismissed his case on June 30, 2003.  On December 5, 2017, the Board denied Petitioner Mohamed's motion to reopen his removal proceedings, and to stay removal.  Petitioner Mohamed

4



also filed a habeas petition in the District of Minnesota, in Case No. 17-5331 (DSD/BRT) (D.Minn.).   The district court issued an order denying Petitioner's motion to enjoin his removal on December 5, 2017.

11. Petitioner Ahmed Ibrahim Abdi  is a native and citizen of Somalia.  Petitioner Ahmed has been detained at Krome SPC since December 9, 2017, when he was returned to the United States. Petitioner Abdi was ordered removed by an immigration judge in Bloomington, Minnesota on April 6, 2004.   Petitioner Abdi did not appeal that decision to the Board of Immigration Appeals.   To date, Petitioner has not filed a motion to reopen his removal proceedings with the immigration court in Minnesota.

12. Pursuant to the Performance Based National Detention Standards, Petitioners Farah Ali Ibrahim; Ibrahim Ahmed Musa; Khalid Abdallah Mohamed; Ismail Abdullahi Jimacle; Sayid Ali Ahmed; Abdi Mohamed; and Ahmed Ibrahim Abdi were provided access to phones upon their arrival at Krome during the early morning hours of December 9, 2017.  While detained, they have had access to phones, a law library, and mail service at Krome.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this   *19*   day of December, 2017.

_____
Juan L. Acosta
Officer-in-Charge,
Krome Service Processing Center

5