

**In regards to the 92 somalian detainees**
Ashlynn    to: gayles@flsd.uscourts.gov                          12/29/2017 04:22 PM

| | |
|---|---|
| From: | Ashlynn <ash.701@hotmail.com> |
| To: | "gayles@flsd.uscourts.gov" <gayles@flsd.uscourts.gov> |
| History: | This message has been forwarded. |

```
In regards to the 92 somalian detainees


Hi Judge Gayles,
I'm writing you in regards to the somalians that are being detained at Glades
county detention center. I received a disturbing phone call this afternoon
from a significant other that was on the plane that was ordered to return back
to the United States, with the deportees. When asked how he was doing he
replied "not good, we are all being put in the hole for 30 days because of an
action of one other individual". He than proceeded to tell me that he had been
starved for days with very little food and water and beaten for no apparent
reasons at all.  If that didn't raise concern than maybe this will..... The
employees of Glades county would put everyone in one room and spray a chemical
like pepper spray until they couldn't handle it anymore, while the employees
would wear gas masks. Now I no you have an order for these deportees to
recieve medical attention. This does NOT sound to me in any kind of way
medical attention. He referred to his treatment in Glades County detention
center as "treated like a caged animal" something he never wishes upon anyone.
I pray every night for him and the other 91 detainees and everyone else that
is being detained in one of those facilities. I also pray that God one day
will also forgive the abusers that do bodily harm to these detainees that
don't deserve to be treated like this. I think they have suffered enough, when
is enough enough?? I'm hoping something can be brought to Justice before
someone get seriously injured.
Thanks for your time
Ashlynn Demarais, LPN
Contact info 7012133145


Sent from my Huawei Mobile
```