# GOVERNMENT

# EXHIBIT

# A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24574-CIV-GAYLES

FARAH IBRAHIM, et al.,

    Plaintiffs/Petitioners,

vs.

JUAN ACOSTA, Officer In Charge, Miami Field Office, Immigration and Customs Enforcement, et al.,

    Defendants/Respondents
_____/

**DECLARATION OF JUAN L. ACOSTA**

I, Juan L. Acosta, declare as follows:

1. I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operations (ERO).
I am currently assigned to ERO's office at the Krome Service Processing Center (Krome SPC), where I am the Officer-in-Charge. I am also the Officer-in-Charge at the Glades County Detention Center (Glades). I have been employed with ICE since January 22, 2006.

2. ERO is responsible for the detention and removal of aliens detained at the Krome SPC and Glades, within the jurisdiction of ERO's Miami Field Office.
My responsibilities as Officer-in-Charge includes, among other tasks, supervision of supervisory deportation officers, who in turn supervise a cadre of employees who are responsible for facilitating detainees access to telephones and their attorneys.



3. This declaration is based upon my personal knowledge, information obtained from records maintained by DHS, or information I have obtained from other DHS employees.

4. Presently forty Somali detainees are detained at the Krome SPC and fifty-two Somali detainees are detained at Glades.

## Access to Attorneys at Glades

5. Glades has four dedicated Attorney/Client visiting booths which provide secure and private meeting space in a non-contact venue. These booths are located within the facility's dedicated visiting area and are available during normal legal visiting hours. On occasion, the facility provides additional meeting space, on an as-available basis, at two other general purpose areas, for attorneys who request contact interaction for specific purposes. These two areas, (medical break room & Poly-Com room), are spaces within the facility and are designated for various facility specific functions such as, patient group therapy/US Marshal's poly com events/First Appearance (county court)/GCSO County Court functions/religious services, among other functions/activities - when scheduling and utilization allows, they are also afforded for use for legal visits.

6. Legal representatives of detainees are authorized to visit their clients at Glades during the following hours:

   Mondays through Sundays (including holidays): 7 a.m. – 10 p.m.

7. The Attorney/Client visiting booths have always been available for the Petitioner's legal visits since December 8, 2017, but the Petitioners' representatives have chosen not to use them.

8. Glades visitation policy follows the National Detention Standards (NDS). All visitors, including attorneys, are informed of the facility protocols during the visit processing event. All visitors are greeted by a Glades County Sheriff's Deputy who is assigned to handling that responsibility. Once a visitor declares the purpose for their visit, the Deputy approves the visit unless there are policy



indications to decline the visit. Once approved, the Deputy ensures that the detainee is available for the visit and leads the visitor to a specific booth to meet with the detainee. The Petitioners' representatives are familiar with the Glades County Detention Center as they have been visiting the facility for over six years.

9. Petitioners' representatives were permitted to conduct "Know Your Rights" presentations for the Somali detainees at Glades on December 21, 2017.

10. Petitioners' representatives were again permitted to conduct a "Know Your Rights" presentation for the Somali detainees at Glades on December 29, 2017. Due to disturbances, group aggressive behaviors that incited disorder and disobedience, and direct assaults on Staff members from Somali detainees since the December 21, 2017 presentation, enhanced precautionary supervision measures were needed for the December 29, 2017 presentation. Precautionary supervision measures included small detainee groups not to exceed five individuals. Furthermore, a group of Somali detainees pending formal discipline, and in some cases outside law enforcement charges for crimes committed within the facility, were in Administrative Confinement or Segregation Status i.e. segregated from the general population and found to have violated a facility rule per the NDS. The individuals in Administrative Confinement were classified as high-risk to operational security as a direct result of their actions against facility staff and the detainee population. Segregation status detainees are not permitted to participate in group functions or activities, but are permitted to meet with their attorneys individually. Detainees in segregations status are escorted and moved through the facility in a restrained configuration. The normal configuration is with leg restraints and a waist belt with the wrists cuffed to the front. This protocol is for everyone's safety and for the safe and efficient escort and movement of the detainee. This protocol is also applied when transporting any detainee outside of the facility and considered a normal security protocol.

**Access to Phones at Glades**

11. Glades adheres to the telephone access standard as required by the NDS.
12. *The 2017 ICE National Detention Standards* review at Glades found the telephone access standard "acceptable".
13. ERO records all calls by detainees at its facilities. This is a safety issue and routine practice. ERO is the custodian of the recordings and monitors the calls. However, ICE recognizes the attorney client privilege and will not listen to a call where there has been an announcement that this is an attorney client privileged call. ICE strongly recommends that the attorney announce at the beginning of the call that it is an "attorney client call."
14. The Somali detainees at Glades have been permitted to access telephones as required by NDS. Detainee housing units and other areas with detainee access at both facilities have functioning telephones for detainee use daily during established "waking hours". Glades provides assistance to detainees with Limited English Proficiency. The telephone access rules are provided to each detainee upon intake in the form of a detainee handbook. The telephone access hours are provided in the handbook and posted in the housing units. Telephone access for detainees with disabilities is provided in the form of TTY devices or Accessible Telephones with adjustable volume control and/or hearing aid compatibility. Legal phone calls are not limited for detainees in Administrative Confinement or segregation status.
15. All detainees entering custody at Glades receive a three minute free phone call. To access the free call, all detainees receive an exclusive PIN number. That PIN number can later be used to make additional calls.
16. Glades contracts with Telmate LLC. Each month, Telmate LLC provides a free one-minute call to a number the detainee has not previously called. Friends and Family can add funds to detainee accounts by utilizing a 1-800 number, website, or at the Telmate Kiosk at the facility.
17. Any detainee can make a collect call from any facility.



## DETENTION

18. The Krome SPC and Glades adhere to the Detention standards as required by the Performance Based National Detention Standards (PBNDS) and the NDS respectively. The detention standards protect detainees from harm and contribute to orderly operation of facilities by requiring a formal classification process. The classification process manages and separates detainees based on verifiable and documented data. Each facility is required to have in place a formal detainee classification system to categorize detainees and physically separate them in accordance with those classification levels. The classification requirement and physical space (bed space) at a facility limit the amount of bed space that a facility may have for a specific type of detainee classification. At this time, the Krome SPC cannot accept additional Somali nationals and comply with the PBNDS classification and other standards.

19. The Krome SPC is an intake facility for ALL Department of Homeland Security partners in South Florida. There is limited detention bed space availability at the Krome SPC which hosts three active Executive Office for Immigration Review courtrooms, a U.S. Citizenship and Immigration Services Asylum Pre-Screening Office, Medical Housing Unit, and a dynamic transportation and removal hub of operations. Bed space availability at the Krome SPC is very limited to accommodate intake processing, transportation screening, removal operations, medical intake, hearing cases, asylum cases and removal staging. The Miami Field Office frequently transfers cases throughout the South Florida geographic area in order to alleviate detention populations at the Krome SPC due to its specific intake and out-processing operations. The Krome SPC detention population is rarely below capacity, and is currently at capacity.



I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2018.

_____
Juan L. Acosta
Officer-in-Charge
Krome Service Processing Center
Glades County Detention Center