UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24574-CIV-GAYLES

FARAH IBRAHIM, et al.

    Plaintiffs/Petitioners,

Vs.

JUAN ACOSTA, Assistant Field
Office Director, Miami Field Office,
Immigration and Customs Enforcement,
Et al.

    Defendants/Respondents
_____/

DEFENDANTS' MOTION TO LIFT STAY OF REMOVAL, AND
RESTRICTION ON MOVING DETAINEE AS TO OMAR GULED

Defendants, by and through their undersigned counsel, file their Motion to Lift Stay of Removal, and Restriction on Moving Detainee, as to Omar Guled, and state:

1. The Government of France has issued a travel document to Omar Guled, who is one of the 92 Somalis onboard the December 7, 2017 flight to Somalia, which returned to the United States on December 9, 2017.  The Government of France has told Immigration and Customs Enforcement that Mr. Guled wishes to be removed to France.

2. On December 20, 2017, in its Amended Order Staying Removal Pending the Court's Determination on Jurisidiction (D.E. 19), this Court ordered that removal of the 92 Somalis be stayed until the Court determined if it had jurisdiction over the matter, and further directed ICE to keep the plaintiffs within the Southern District of Florida or their current institution of confinement until further order of the Court.  D.E. 19 at 2-3.

3. Because Mr. Guled has been issued a travel document permitting his removal to

France, and he wishes to be removed to France, defendants respectfully request that the stay of removal be lifted as to Omar Guled. Further, ICE needs to transport Mr. Guled to Ohio to complete preparations for his removal. Defendants further request that the restriction keeping plaintiffs in the Southern District of Florida, or their current institution of confinement, be lifted as to Mr. Guled.

4. Defendants' undersigned counsel contacted plaintiffs' counsel regarding their position on this motion. On January 18, 2018, Rebecca Sharpless, Esq., stated the plaintiffs do not object to this motion.

WHEREFORE, defendants respectfully request that the stay of removal and restriction on movement be lifted as to Omar Guled, to allow his removal to France.

                              Respectfully submitted,

                              BENJAMIN G. GREENBERG
                              UNITED STATES ATTORNEY

By:   __Dexter A. Lee_____
       DEXTER A. LEE
       Assistant U.S. Attorney
       Fla. Bar No. 0936693
       99 N.E. 4th Street, Suite 300
       Miami, Florida  33132
       (305) 961-9320
       Fax:  (305) 530-7139
       E-mail:  dexter.lee@usdoj.gov

                              ATTORNEY FOR DEFENDANTS

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                               __s/ Dexter A. Lee_____
                                               DEXTER A. LEE
                                               Assistant U.S. Attorney

<u>SERVICE LIST</u>

Farah Ibrahim, et al. v. Juan Acosta, et at.,
Case No. 17-24574-CIV-GAYLES
United States District Court, Southern District of Florida

Rebecca Sharpless
Fla. Bar No. 0131024
Immigration Clinic
University of Miami School of Law
1311 Miller Drive Suite E-273
Coral Gables, Florida  33146
(305) 284-3576 (direct)
(305) 284-6092 (clinic)
rsharpless@law.miami.edu

ATTORNEY FOR PLAINTIFFS

Dexter A. Lee, AUSA
Office of the U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANTS