UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-24574-GAYLES

Farah IBRAHIM, Ibrahim MUSA, Khalid Abdallah MOHMED, Ismail JIMCALE ABDULLAH, Abdiwali Ahmed SIYAD, Ismael Abdirashed MOHAMED, and Khadar Abdi IBRAHIM, on behalf of themselves and all those similarly situated,

        Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director, Miami Field Office, Immigration and Customs Enforcement; David HARDIN, Sheriff of Glades County; Marc J. MOORE, Field Office Director, Miami Field Office, Immigration and Customs Enforcement; Thomas HOMAN, Acting Director, Immigration and Customs Enforcement; Kirstjen NIELSEN, Secretary of Homeland Security,

        Defendants/Respondents.
_____/

## ORDER

THIS CAUSE is before the Court Petitioners' Motion for Contempt or in the Alternative to Enforce Court Order (the "Motion for Contempt") [ECF No. 48]. The Court has reviewed the Motion, the applicable law, and the parties written submissions and argument of counsel. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Court **DEFERS** ruling on Petitioners' Motion for Contempt [ECF No. 48] in light of the representations made by counsel for Respondents at the February 1, 2018, Status Conference.

2. The Court directs the parties to meet and confer within seven (7) days from the date of this Order to resolve the issues raised in the Motion for Contempt.

3. The parties shall file a joint status report indicating whether any issues remain to be resolved by the Court following the conclusion of their meeting.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of February, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE