**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 17-cv-24574-GAYLES**

Farah IBRAHIM, Ibrahim MUSA, Khalid Abdallah MOHMED, Ismail JIMCALE ABDULLAH, Abdiwali Ahmed SIYAD, Ismael Abdirashed MOHAMED, and Khadar Abdi IBRAHIM, on behalf of themselves and all those similarly situated,

    Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director, Miami Field Office, Immigration and Customs Enforcement; David HARDIN, Sheriff of Glades County; Marc J. MOORE, Field Office Director, Miami Field Office, Immigration and Customs Enforcement; Thomas HOMAN, Acting Director, Immigration and Customs Enforcement; Kirstjen NIELSEN, Secretary of Homeland Security,

    Defendants/Respondents.

_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Lift Stay of Removal, and Restriction of Moving Detainee as to Omar Guled (the "Motion") [ECF No. 68]. Having considered the Motion and the agreement of the parties, it is

**ORDERED AND ADJUDGED** that Defendants' Motion [ECF No. 68] is **GRANTED**. The Court's Order Staying Removal [ECF No. 19], is **LIFTED** as to Omar Guled only.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of February, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE