FILED by __PG__ D.C.

FEB 0 6 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Osman Wando                          A# 094697726

17-CV-24574-DPG

I'm requesting that this Honorable court to take me off the class action going on I was part of the 92 Somalis who were deported and came back to the U.S.

I have never gave no one the authority to make me part of this lawsuit. Its waste of time. I want to be deported to Somalia Immediately.

Please exclude me from this lawsuit and put me with the new group to be deported soon.

Nothing against the lawyers and their effort of helping the ones who are in need of this chance.

Osman Wando

Certificate Of Service

I, Abukar Jamale, put this together with the permission of the rest that this requests are true, without forgery.

To the Judge: Who is working on this class action lawsuit of the 92 Somalis.

Sincerely

Abukar Jamale

1/30/18



Abukar Hangale
1700766B
Glades County detention
P.O. Box 39
Moore Haven, FL 33471

United states district court
Southern district of Florida
400 North Miami Avenue
Miami, Florida 33128

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.46⁰
02 1P
0000887149    JAN 31 2018
MAILED FROM ZIP CODE 33471

REC'D by _____ D.C.
FEB 0 6 2018
_____ M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - MIAMI

33128877718 C075