UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24574-CIV-GAYLES

FARAH IBRAHIM, et al.

    Plaintiffs/Petitioners,

Vs.

JUAN ACOSTA, Assistant Field
Office Director, Miami Field Office,
Immigration and Customs Enforcement,
Et al.

    Defendants/Respondents
_____/

## DEFENDANTS' NOTICE OF CORRECTION TO RESPONSE TO NOTICES TO BE EXCUSED FROM PARTICIPATING IN A CLASS ACTION

Defendants, by and through their undersigned counsel, file their Notice of Correction To Response to Notices to be Excused from Participating in a Class Action, and state:

1. Defendants recognize that Abukar Jamale, who originally submitted a request to be excused from participating in a class action (D.E. 75), subsequently withdrew that request, D.E. 82.

2. Defendants correct their Response to Notices to be Excused from Participating in a Class Action (D.E. 76), by stating that the notices submitted by Muhumed Muhumed (D.E. 72); Osman Wando (D.E. 73), and Sayid Ali (D.E. 74), should be accepted, and the stay of removal be lifted as to those three individuals.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

By:     Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


   s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney

SERVICE LIST

Farah Ibrahim, et al. v. Juan Acosta, et at.,
Case No. 17-24574-CIV-GAYLES
United States District Court, Southern District of Florida

Rebecca Sharpless
Fla. Bar No. 0131024
Immigration Clinic
University of Miami School of Law
1311 Miller Drive Suite E-273
Coral Gables, Florida  33146
(305) 284-3576 (direct)
(305) 284-6092 (clinic)
rsharpless@law.miami.edu

ATTORNEY FOR PLAINTIFFS

Dexter A. Lee, AUSA
Office of the U.S. Attorney
99 N.E. 4th Street, Suite 300

Miami, Florida  33132
(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANTS