UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Farah IBRAHIM, Ibrahim MUSA,
Khalid Abdallah MOHMED, Ismail
JIMCALE ABDULLAH, Abdiwali
Ahmed SIYAD, Ismael Abdirashed
MOHAMED, and Khadar Abdi
IBRAHIM on behalf of themselves
and all those similarly situated,
    Plaintiffs/Petitioners,                          Case No. 1:17-cv-24574-DPG
vs.

Juan ACOSTA, Assistant Field
Officer Director, Miami Field Office,
Immigration and Customs Enforcement;
David HARDIN, Sheriff of Glades
County; Marc J. MOORE, Field Office
Director, Miami Field Office,
Immigration and Customs Enforcement;
Thomas HOMAN, Acting Director,
Immigration and Customs Enforcement;
Kirstjen NIELSEN, Secretary of Homeland
Security.
    Defendants/Respondents.
_____

**PLAINTIFFS' RESPONSE TO DEFENDANTS/RESPONDENTS' MOTION FOR
CLARIFICATION AND EXTENSION OF TIME TO COMPLETE THE
REQUIREMENTS IN THE COURT'S FEBRUARY 1, 2018 ORDER**

Plaintiffs' oppose the Defendants' motion for an extension of time to comply with the Court's February 1, 2018 order to make available by February 16, 2018 the A-files of the Somali nationals on the December 7, 2017 flight and state the following:

1. Plaintiffs oppose Defendants' motion for additional time, up to June 7, 2018, to produce the A-files ordered by the Court.

2. None of Plaintiffs' reasons for delay are persuasive.

3. The existence of opt outs from the lawsuit has no bearing on the timeline for producing A-files. If anything, the existence of opt outs means that there are fewer files to produce.

4. There is no need for a protective order. As Defendants acknowledge, there are no concerns about third parties having access to confidential, or Privacy Act protected, information of the Somali nationals if the files are turned over to an attorney with a G-28 Notice of Entry of Appearance on file.

5. Defendants have the G-28's relating to all of the Somali nationals represented by undersigned counsel, as well as other counsel. Defendants requested the G-28's on February 13, 2018, and undersigned counsel and the other attorneys provided the signed forms on February 14, 2018.

6. The total number of A-files that have been requested by attorneys with G-28's is 68.

7. As the Court recognized yesterday during the status conference, defendants have had since February 1, 2018 to locate the files and begin the process of redacting any exempt material. Defendants in their motion acknowledge that they have started this process already.

8. Plaintiffs urge the Court to hold Defendants to its original deadline. The A-files are vital sources of information needed before undersigned counsel and other attorneys can file their clients' motions to reopen. Any delay in getting the A-files will slow down the filing of motions to reopen. Because Plaintiffs are detained, it is essential that the motions to reopen be filed as soon as possible so that their cases can proceed.

9. Plaintiffs do not oppose a clarification that Defendants need only release an A-file to an attorney who has filed, or re-filed, a G-28 during the pendency of this litigation.

FOR THE ABOVE REASONS, Plaintiffs urge the Court not to modify its prior order setting a February 16, 2018 deadline for Defendants to produce the A-files.

Respectfully submitted,

By: /s/ Rebecca Sharpless
Rebecca Sharpless
Florida Bar No. 0131024
Immigration Clinic
University of Miami School of Law
1311 Miller Drive Suite E-273
Coral Gables, Florida 33146
Tel: (305) 284-3576, direct
Tel: (305) 284-6092, clinic
Email: rsharpless@law.miami.edu

Andrea Montavon-McKillip
Fla. Bar No. 56401
Legal Aid Service of Broward County, Inc.
491 N. State Rd. 7
Plantation, FL 33317
(954) 736-2493
(954) 736-2484 (fax)
Email: amontavon@legalaid.org

Lisa Lehner
Florida Bar No. 382191
Andrea Crumrine * (Admitted Pro hac vice)
Americans for Immigrant Justice
3000 Biscayne Blvd., Suite 400
Miami, FL 33137
Phone: (305) 573-1106
Email: llehner@aijustice.org
Email: acrumrine@aijustice.org

Benjamin Casper Sanchez* (Admitted Pro hac vice)
James H. Binger Center for New Americans
University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
(612) 625-6484
Email: caspe010@umn.edu

Michele Garnett McKenzie* (Admitted Pro hac vice)
The Advocates for Human Rights
330 Second Avenue South, Suite 800
Minneapolis, MN 55401
(612) 746-4685
Email: mmckenzie@advrights.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' Response to Defendants/Respondents' Motion for Clarification and Extension of Time to Complete the Requirements in the Court's February 1, 2018 Order was served via electronic filing on February 15, 2018 on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ Rebecca Sharpless
REBECCA SHARPLESS