UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-24574-GAYLES

Farah IBRAHIM, et al.,

    Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director, Miami Field Office, Immigration and Customs Enforcement, et al.

    Defendants/Respondents.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Contempt or in the Alternative to Enforce Court Order (the "Motion for Contempt") [ECF No. 49], Plaintiffs' Motion for Emergency Hearing on Request for Transfer (the "Motion for Transfer") [ECF No. 80, and Defendants' Motion for Clarification and Extension of Time to Complete the Requirements in the Court's February 1, 2018, Order (the "Motion for Extension of Time") [ECF No. 86]. The Court has carefully reviewed the motions, the applicable law, and argument of counsel. Being fully advised, the Court makes several findings.

First, the Court finds that Defendants have failed to provide a sufficient basis for seeking a prolonged extension of time to complete the redaction and production of Plaintiffs' A-Files. Second, the Court finds that the telephone recording and monitoring procedures in place at the Glades County Detention Center are presently insufficient to allow Plaintiffs to engage in confidential and privileged telephone communications with their attorneys. Finally, the Court finds that Defendants have failed to provide a sufficient basis for a blanket "no contact" policy

1

for in-person visits between Plaintiffs and their attorneys at the Glades County Detention Center.[1] Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants shall produce the A-Files of all Somali nationals present on the December 7, 2017, flight, to the attorney(s) listed on each respective DHS Form G-28 on file, or make the A-Files available for inspection and copying at the Immigration and Customs Enforcement Miami Field Office, within fourteen (14) days from the date of this Order.

2. Defendants shall not be required to produce A-Files for those individuals who have opted-out of the putative class. Defendants may redact any privileged or otherwise confidential information but shall be required to produce a privilege log in accordance with the Federal Rules of Civil Procedure.

3. Defendants shall implement a procedure allowing Plaintiffs detained at the Glades County Detention Center the ability to engage in reasonable confidential and privileged in-person contact visits and telephone calls with their attorneys that are neither monitored nor recorded within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of March, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendants have taken steps to eliminate some of Plaintiffs' concerns regarding the attorney visitation booths by agreeing to cease recording of the telephones used for communication in the visitation booths.