UNITED STATES DISTRICTCOURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:17--cv-24574-GAYLES

Farah IBRAHIM, Ibrahim MUSA, Khalid
Abdallah MOHMED, Ismail JIMCALE
ABDULLAH, Abdiwaii Ahmed SIYAD,
Ismael Abdirashed MOHAMED, and Khadar
Abdi IBRAHIM on behalf of themselves and
all those similarly situated,

   Plaintiffs,

v.

Juan ACOSTA, Assistant Field Officer
Director, Miami Field Office, Immigration and
Customs Enforcement; David HARDIN,
Sheriff of Glades County; Marc J. MOORE,
Field Office Director, Miami Field Office,
Immigration and Customs Enforcement;
Thomas HOMAN, Acting Director,
Immigration and Customs Enforcement;
Kirstjen NIELSEN, Secretary of Homeland
Security,

   Defendants.

## REPORT OF PUTATIVE CLASS MEMBERS' DECISION TO OPT-OUT OF CLASS ACTION

  The Plaintiffs, by and through the undersigned counsel, file this Notice listing all putative class members who have chosen to opt-out of the class. Further, the Plaintiffs state:

  1. On December 18, 2017, the Plaintiffs filed a Complaint on behalf of 92 individuals who had been ordered removed to Somalia; had been detained by ICE and flown to Senegal; only to be returned to the United States nearly 48 hours after the flight departed having been stranded on the tarmac for nearly twenty-four hours during which they allege

1

various forms of abuse occurred. (DE 1)

2. The Plaintiff's Class Action Complaint seeks Declatory and Injunctive Relief for all of those on the plane seeking the opportunity to reopen their immigration cases based upon changed circumstances. (DE 1)

3. This Court asserted jurisdiction over the matter and entered a stay of the removal of the Plaintiffs from the United States. (DE 58)

4. The Petitioners have been detained at the Krome Processing Center and Glades County Detention Center since their return to the U.S. on December 9, 2017.

5. After meeting with the detainees and discussing their options, counsel for the putative class learned that there were some detainees who did not wish to participate in the litigation, but, instead, wished to be deported to Somalia.

6. On February 2 and February 7, 2018, the undersigned counsel mailed out forms to facilitate an "opt-out" procedure, whereby the individual detainees could notify counsel of their decision. (DE 84) These forms were translated into Somali and explained in detail the two options; and, in addition, information sessions were held at the two facilitates to further inform and advise the class of the procedure.

7. The detainees were requested to make their decision and submit the forms to Americans for Immigrant Justice on or before March 2 (for Krome) and March 9, 2018 (for Glades).

8. The list of those choosing to depart and not participate in the class is attached to this Notice as an Exhibit.

Date: March 12, 2018

Respectfully submitted,

By: /s/ Lisa Lehner
LISA LEHNER
Florida Bar No. 382191
Americans for Immigrant Justice

3000 Biscayne Blvd., Suite 400
Miami, FL 33137
Phone: (305) 573-1106
llehner@aijustice.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served via electronic filing on March 12, 2018 on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

/s/ LISA LEHNER
LISA LEHNER