EXHIBIT TO NOTICE

| Name | A_Number | Detention Facility |
|---|---|---|
| ABDI, Mohamed Hassan | 094 559 855 | Glades |
| ADEN, Abdullahi Hussein | 071 739 590 | Glades |
| AHMED, Abdulkadir | 071 687 554 | Glades |
| AHMED, Muktar Abdiwahab | 070 418 434 | Glades |
| ALI, Abshir Adam | 077 607 119 | Glades |
| Bashir Warsame, Abdule | 209 760 612 | Krome |
| FARAH, Abdi Salaad | 079 963 790 | Glades |
| KALIF, Mohamed | 079 940 729 | Krome |
| MUHUMED, MUHUMED | 212 217 466 | Glades |
| MUHUMED, Omar Sharif | 209 170 413 | Krome |
| NOOR, Nurein | 071 743 840 | Glades |
| OMAR, Yasin | 075 644 513 | Glades |
| OSMAN, Hassan Muktar | 209 248 144 | Glades |
| OSMAN, Mohamed Ali | 094 734 259 | Glades |
| SAID, Abdifarhan Noor | 070 379 322 | Glades |
| SAID Nur, Mohamed | 209 889 770 | Krome |
| SHARMARKE, Mustafe Abdirahman | 209 838 171 | Krome |
| WANDO, Osman Mustafa Ali | 094 697 726 | Glades |