## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 17-cv-24574-GAYLES

Farah IBRAHIM, et al.,

    Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director, Miami Field Office, Immigration and Customs Enforcement, et al.

    Defendants/Respondents.

_____/

### ORDER

THIS CAUSE is before the Court on Plaintiffs' Report of Putative Class Members' Decision to Opt-out of Class Action (the "Report") [ECF No. 117]. Having considered the Report and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Court's Order Staying Removal [ECF No. 19] is **LIFTED** only as to:

1. Mohamed Hassan Abdi;
2. Abdullahi Hussein Aden;
3. Abdulkadir Ahmed;
4. Muktar Abdiwahab Ahmed;
5. Abshir Adam Ali;
6. Abdule Bashir Warsame;
7. Abdi Salaad Farah;
8. Mohamed Kalif;
9. Muhumed Muhumed;
10. Omar Sharif Muhumed;
11. Nurein Noor;
12. Yasin Omar;
13. Hassan Muktar Osman;
14. Mohamed Ali Osman;
15. Abdifarahan Noor Said;
16. Mohamed Said Nur;
17. Mustafe Abdirahman Sharmarke; and

1

18. Osman Mustafa Ali Wando.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of March, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE