UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24574-CIV-GAYLES

FARAH IBRAHIM, et al.

    Plaintiffs/Petitioners,

Vs.

JUAN ACOSTA, Assistant Field
Office Director, Miami Field Office,
Immigration and Customs Enforcement,
Et al.

    Defendants/Respondents
_____/

### DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S ORDER REGARDING ATTORNEY ACCESS

Defendants, by and through their undersigned counsel, file their Status Report Regarding Compliance with Court's Order Regarding Attorney Access, and state:

1. On March 9, 2018, the Court entered its Order directing defendants to "implement a procedure allowing Plaintiffs detained at the Glades County Detention Center the ability to engage in reasonable confidential and privileged in-person contact visits and telephone calls with their attorneys that are neither monitored nor recorded within fourteen (14) days from the date of this Order."  D.E. 114 at 2.

2. Defendants have implemented the following to comply with the Court's Order.  An additional meeting space at Glades will be tentatively available for contact visits by March 30, 2018.  Exhibit A, Declaration of Juan Acosta, ¶ 8.  This space will be available for attorney contact visits during legal visitation hours, Monday through Sundays (including holidays), from 7:00 a.m. to 10:00 p.m.  Id., ¶¶ 8-9.

3. In addition, there are the existing general purpose areas which have been used for attorney contact visits: medical break room and "Poly-com" room. Id., ¶ 6. However, these two spaces are not devoted exclusively to attorney visitation.

4. There are four (4) visitation areas where attorneys can have non-contact visits with clients. Id., ¶¶ 6, 10. The attorney and client speak to one another through a telephone communication device, where the conversation is unmonitored and unrecorded, to ensure attorney/client privacy. Exhibit B, Declaration of Major Keith Henson, ¶ 9.

5. Attorney-Client Telephone Communications. On March 15, 2018, the Glades County Sheriff's Office initiated procedures for unmonitored and unrecorded telephone calls for telephone calls placed by a detainee to his or her attorney. Acosta Decl., ¶ 22. An attorney representing a client at Glades may submit on official letterhead a request for unmonitored and unrecorded telephone calls to the Glades Detention Department Commander. Id. This can be done in person or by an attachment on email. The attorney's request should identify a verified number which will be entered into the Telmate communications software. Once this is done, the attorney will be notified. The detainee can then dial the attorney at the verified phone number, and the conversation with the attorney will not be monitored or recorded.

DATED: March 23, 2018  Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:   __s/ Dexter A. Lee_____
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
(305) 961-9320

Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

___s/ Dexter A. Lee_____
DEXTER A. LEE
Assistant U.S. Attorney

SERVICE LIST

Farah Ibrahim, et al. v. Juan Acosta, et at.,
Case No. 17-24574-CIV-GAYLES
United States District Court, Southern District of Florida

Rebecca Sharpless
Fla. Bar No. 0131024
Immigration Clinic
University of Miami School of Law
1311 Miller Drive Suite E-273
Coral Gables, Florida  33146
(305) 284-3576 (direct)
(305) 284-6092 (clinic)
rsharpless@law.miami.edu

ATTORNEY FOR PLAINTIFFS

Dexter A. Lee, AUSA
Office of the U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
(305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANTS

3