GOVERNMENT

EXHIBIT

A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24574-CIV-GAYLES

FARAH IBRAHIM, et al.,

    Plaintiffs/Petitioners,

vs.

JUAN ACOSTA, Officer In Charge, Miami Field Office,
Immigration and Customs Enforcement,
et al.,

    Defendants/Respondents
_____/

**DECLARATION OF JUAN L. ACOSTA**

I, Juan L. Acosta, declare as follows:

1. I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operations (ERO). I am currently assigned to ERO's office at the Krome Service Processing Center (Krome SPC), where I am the Officer-in-Charge. I am also the Officer-in-Charge at the Glades County Detention Center (Glades). I have been employed with ICE since January 22, 2006.

2. ERO is responsible for the detention and removal of aliens detained at the Krome SPC and Glades, within the jurisdiction of ERO's Miami Field Office. My responsibilities as Officer-in-Charge include, among other tasks, supervision of supervisory deportation officers, who in turn supervise a cadre of employees who are responsible for facilitating detainees access to telephones and their attorneys.

3. This declaration is based upon my personal knowledge, information obtained from the Glades County Sheriff's Department, or information I have obtained from other DHS employees.

1



4. Presently fifty-three Somali detainees are detained at the Krome SPC and thirty-seven Somali detainees are detained at Glades.

5. This declaration serves to supplement my prior declaration of January 24, 2018 regarding attorney access and access to unmonitored phone calls.

### Access to Attorneys at Glades

6. Glades has four dedicated Attorney/Client visiting booths which provide secure and private meeting space in a non-contact venue. There are two general purpose areas, for contact interactions with detainees. These two areas (medical break room, "Poly-Com" room) are spaces within the facility and are designated for various facility-specific functions such as, patient group therapy/US Marshal's "Poly-Com" events/First Appearance (Federal Court)/Glades County Court functions/religious services, among other functions/activities. They are also used for contact legal visits.

7. Information received from Glades staff indicate that over 91 contact visits between attorney and Glades detainees have occurred since December 9, 2017, the majority lasting over 5 hours. Facility wait times for contact visits are less than half an hour.

8. An additional meeting space has been identified by Glades staff which will be tentatively on-line for contact interaction on or about March 30, 2018. The additional meeting space will be available for contact interaction during legal visiting hours.

9. Legal representatives of detainees are authorized to visit their clients at Glades during the following hours: Mondays through Sundays (including holidays): 7 a.m. – 10 p.m.

10. The Attorney/Client visiting booths have always been available for the Petitioners' legal visits since December 8, 2017, but the Petitioners' representatives have chosen not to use them.



11. Glades visitation policy follows the National Detention Standards (NDS). All visitors, including attorneys, are informed of the facility protocols during the visit processing event. All visitors are greeted by a Glades County Sheriff's Deputy who is assigned to handling that responsibility. Once a visitor declares the purpose for their visit, the Deputy approves the visit unless there is a safety or security concern. Once approved, the Deputy ensures that the detainee is available for the visit and leads the visitor to a specific booth to meet with the detainee.

12. Petitioners' representatives have been and continue to notify Glades staff, well in advance, of visits to the facility by attorneys, law students and interpreters. All requests for contact legal visits have been approved save for a misunderstanding occurring on March 9, 2018, where Glades staff indicated a security concern regarding out-of-state students visiting the facility without on-site supervision. Glades staff initially instructed petitioner's representatives to have the out-of-state students utilize the visiting booths in a non-contact venue. Once Glades staff received assurances that the out-of-state students were supervised by petitioner's representatives, all were allowed repeated contact visit with putative class detainees.

13. Petitioners' representatives are permitted to conduct "Know Your Rights" presentations for the Somali detainees at Glades and have continued to do so.

14. Glades staff recognizes attorney client privilege and makes all efforts to ensure that contact visits, when approved, are realized within a reasonable amount of time. Glades policy indicates that attorneys or detainee representatives contact the facility at least 24 hours in advance and indicate that a visit is being requested. In practice, attorneys and representatives communicate frequently with Glades staff and request, in advance, contact visit with an identified detainee. If not from the local commuting area, the requesting attorneys have added an estimated time of arrival so Glades staff is prepared to receive the attorneys/representative and

3



detainees are identified in advance. Wait time for a contact visit is less than 30 minutes. Glades staff also facilitates additional contact visits when attorneys arrive and add detainees to their visitation requests.

### Access to Phones at Glades

15. Glades adheres to the telephone access standard as required by the NDS.

16. *The 2017 ICE National Detention Standards* review at Glades found the telephone access standard "acceptable".

17. ERO records all calls by detainees at its facilities. This is a safety issue and routine practice. ERO is the custodian of the recordings and monitors the calls. However, ICE recognizes the attorney client privilege and will not listen to a call where there has been an announcement that this is an attorney client privileged call. ICE strongly recommends that the attorney announce at the beginning of the call that it is an "attorney client call."

18. The Somali detainees at Glades have been permitted to access telephones as required by NDS. Detainee housing units and other areas with detainee access at both facilities have functioning telephones for detainee use daily during established "waking hours". Glades provides assistance to detainees with Limited English Proficiency. The telephone access rules are provided to each detainee upon intake in the form of a detainee handbook. The telephone access hours are provided in the handbook and posted in the housing units. Telephone access for detainees with disabilities is provided in the form of TTY devices or Accessible Telephones with adjustable volume control and/or hearing aid compatibility. Legal phone calls are not limited for detainees in Administrative Confinement or segregation status.

19. All detainees entering custody at Glades receive a three minute free phone call. To access the free call, all detainees receive an exclusive PIN number. That PIN number can later be used to make additional calls.

4



20. Glades contracts with Telmate LLC. Each month, Telmate LLC provides a free one-minute call to a number the detainee has not previously called. Friends and Family can add funds to detainee accounts by utilizing a 1-800 number, website, or at the Telmate Kiosk at the facility.

21. Any detainee can make a collect call from any facility.

22. On March 15, 2018, the Glades County Sheriff's Office initiated procedures for processing unmonitored phone calls of detainees and their attorneys. An attorney representing a client at Glades may request and receive unmonitored and unrecorded telephone communication with their client. The attorney may submit on official letterhead a request for the unmonitored and unrecorded telephone communication to the Glades Detention Department Commander. This request can be completed in person or by an attachment on email. The request should identify a verified number to be entered into the Telmate communications software. Glades staff will inform the attorney when the process has been completed. The detainee can then utilize the Telmate system to contact the attorney on an unmonitored and unrecorded line.

23. Glades County Detention Staff will amend the detainee handbook with the procedures described above. A notice with the procedures described above will also be placed within all housing units at Glades for detainee viewing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of March, 2018.

_____
Juan L. Acosta
Officer-in-Charge
Krome Service Processing Center
Glades County Detention Center