GOVERNMENT

EXHIBIT

B

GLADES COUNTY SHERIFF'S OFFICE
GLADES COUNTY DETENTION CENTER
MOORE HAVEN, FLORIDA

### DECLARATION OF MAJOR KEITH HENSON

I, Major Keith Henson, declare as follows:

1. I am employed by the Glades County Sheriff's Office. I work within the Detention Division of the Glades County Detention Center (Glades) where I am assigned as the Director of Operations. This particular assignment is a Command Staff Position with tours of duty normally scheduled Monday thru Friday from 8am-5pm. I have been employed with the Glades County Sheriff's Office since March 21, 2011 in this current capacity. I have 32 years of experience within the Criminal Justice Profession serving as a Certified Correctional Officer and Law Enforcement Officer in the State of Florida.

2. My responsibilities as the Director of Operations for the Detention Division includes the overall management and oversite of all operational activities of the physical plant of the jail, policy and procedure review and enforcement, staffing and recruitment for the Agency, as well as other managerial duties and tasks associated with my position.

3. This declaration is based on my personal and professional knowledge of the Visitation Policies, Procedures and Protocols at the Glades County Sheriff's Office as they relate to legal visitation activities within the Glades County Detention Center.

4. The Glades County Detention Center has seven general visiting stations and four attorney/client visitation booths within the secured visitation area of the Detention Center.

5. The general visiting stations and the legal visitation booths, by physical plant design, separate visiting participants from physical contact.

6. The four individual legal visitation booths provide private visitation access between legal representatives and their clients, and are physically separate from the general visiting stations.

7. Communication between a legal representative and client is established by directly talking to one another, while being separated by clear glass, or by two telephone receivers located on each side of the visiting booth area.

8. The telephone communication devices within the legal visitation booths have the capability of being recorded, if they were potentially used for general visitation.

9. The telephone communication devices within the legal visitation booths at the Glades County Detention Center are unmonitored and are not recorded during all legal visitation activities within them, in order to protect attorney/client privacy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February 2018.

Major Keith Henson #427

Major Keith Henson
Director of Operations,
Glades County Sheriff's Office Center
Glades County Detention Center