Case number : 1:17-CV-24574-DPG

FILED by SVS D.C.
MAR 20 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Dear Judge DPG,

My name is Abdifatah Said. I am writing you this letter cause I am mentally and emotionally stress out by your court. Due to you putting a hold over our flight back to Somalia. I have been held by ICE for six months and you by four months. This is getting to my head and well being. Please I would like to be deported back to my country ASAP. Your Hon.

I do not sleep during nights cause of this matter. I do understand there some of us who want to stay and fight their cases but there number of us these who want to go back to our country.

I would like for you to address this situation due time please. We are loosing all hope cause of you hold please tell ICE to send us back ASAP

Thank you.

SCANNED

Abdifatah Said #67?-M???
Glades County Detention Center
P.O. Box 39
Moore Haven, Fl 33471



USMS
INSPECTED
RECEIVED

To: United States District Court
Southern District of Florida
400N. Miami Avenue
Miamia, Florida 33128
33128-771899