UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24574-CIV-GAYLES

FARAH IBRAHIM, et al.

    Plaintiffs/Petitioners,

Vs.

JUAN ACOSTA, Assistant Field
Office Director, Miami Field Office,
Immigration and Customs Enforcement,
Et al.

    Defendants/Respondents
_____/

### DEFENDANTS' SUPPLEMENT TO MOTION FOR PARTIAL LIFT OF STAY OF REMOVAL FOR FUAD MOHAMED DHUUH

    Defendants, by and through their undersigned counsel, file their Supplement to Motion for Partial Lift of Stay of Removal for Fuad Mohamed Dhuuh, and state:

    After the filing of defendants' Motion for Partial Lift of Stay of Removal for Fuad Mohamed Dhuuh (D.E. 136), the undersigned received an email from Rachel Petersen, Esq., counsel for Dhuuh. Ms. Petersen stated she had reviewed the defendants' motion and had no objection to it.

                                    Respectfully submitted,

                                    BENJAMIN G. GREENBERG
                                  UNITED STATES ATTORNEY

                  By:    __Dexter A. Lee_____
                          DEXTER A. LEE
                          Assistant U.S. Attorney
                          Fla. Bar No. 0936693
                          99 N.E. 4th Street, Suite 300

          Miami, Florida  33132
          (305) 961-9320
          Fax:  (305) 530-7139
          E-mail:  dexter.lee@usdoj.gov

          ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          __s/ Dexter A. Lee_____
          DEXTER A. LEE
          Assistant U.S. Attorney

## SERVICE LIST

Farah Ibrahim, et al. v. Juan Acosta, et at.,
Case No. 17-24574-CIV-GAYLES
United States District Court, Southern District of Florida

Rebecca Sharpless
Fla. Bar No. 0131024
Immigration Clinic
University of Miami School of Law
1311 Miller Drive Suite E-273
Coral Gables, Florida  33146
(305) 284-3576 (direct)
(305) 284-6092 (clinic)
rsharpless@law.miami.edu

ATTORNEY FOR PLAINTIFFS

Dexter A. Lee, AUSA
Office of the U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

ATTORNEY FOR DEFENDANTS

Rachel M. Petersen, Esq.
Phillip Fishman Law Office
10 S. 5th Street, Suite 1005
Minneapolis, Minnesota  55402
E-mail:  phil@pfflegal.com
(served by email)