**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 17-cv-24574-GAYLES**

Farah IBRAHIM, et al.,

       Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director,
Miami Field Office, Immigration and Customs
Enforcement, et al.

       Defendants/Respondents.

_____/

## STIPULATION

PLAINTIFFS, Farah Ibrahim, et. al. and DEFENDANTS, Juan Acosta, et. al. through their respective counsel, hereby stipulate and agree to the following:

1. Yussuf Abdulla Yussuf will be dismissed from Plaintiffs' class and from the above-captioned matter as his case before the immigration court has been reopened.

2. Defendants, Immigration and Customs Enforcement, will transfer Yussuf so he can attend removal proceedings in Baltimore, Maryland, where his case is currently venued.

3. Yussuf hereby withdraws his previously filed Motion for Partial Lift of Stay.

Dated this 2nd day of July 2018.

Respectfully submitted,

/s/Romy Lerner
Romy Lerner, Attorney
Immigration Clinic
University of Miami School of Law
1311 Miller Drive, E-273
Coral Gables, FL
(305) 284-6092, phone
(305) 284-6093, fax

/s/Anthony D. Bianco
Anthony D. Bianco
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
PO Box 868 Ben Franklin Station
Washington, DC 20044
(202) 305-8014
Email: anthony.d.bianco@usdoj.gov

2