UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-24574-GAYLES

Farah IBRAHIM, et al.,

    Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director, Miami Field Office, Immigration and Customs Enforcement, et al.

    Defendants/Respondents.

## STIPULATION

PLAINTIFFS, Farah Ibrahim, et. al. and DEFENDANTS, Juan Acosta, et. al. through their respective counsel, hereby stipulate and agree to the following:

1. Ahmed Ibrahim Abdi will be dismissed from Plaintiffs' class and from the above-captioned matter as his case before the immigration court has been reopened.

2. Defendants, Immigration and Customs Enforcement, will transfer Mr. Abdi to the Freeborn County Jail in Albert Lea, Minnesota so he can attend removal proceedings in person in Bloomington, Minnesota, where his case is currently venued.

Dated this 18th day of July 2018.

2

Respectfully submitted,

/s/Romy Lerner
Romy Lerner, Attorney
Immigration Clinic
University of Miami School of Law
1311 Miller Drive, E-273
Coral Gables, FL
(305) 284-6092, phone
(305) 284-6093, fax

/s/Anthony D. Bianco
Anthony D. Bianco
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
PO Box 868 Ben Franklin Station
Washington, DC 20044
(202) 305-8014
Email: anthony.d.bianco@usdoj.gov