UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-24574-GAYLES

Farah IBRAHIM; et al.,

       Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director, Miami Field Office, Immigration and Customs Enforcement; et al.

       Defendants/Respondents.
_____/

## ORDER DISMISSING AHMED IBRAHIM ABDI FROM PLAINTIFFS' CLASS

THIS CAUSE is before the Court on the parties' Stipulation [ECF No. 155]. Having carefully considered the Stipulation, it is

**ORDERED AND ADJUDGED** that:

1. the Stipulation [ECF No. 155] is **APPROVED,** and the agreements set forth in paragraphs 1 and 2 of the Stipulation are adopted as findings by the court;

2. Ahmed Ibrahim Abdi is **DISMISSED** from Plaintiffs' class and this action; and

3. Defendants will transfer Ahmed Ibrahim Abdi so he can attend removal proceedings in Bloomington, Minnesota, where his immigration case is currently venued.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of July, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE