UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-24574-GAYLES

Farah IBRAHIM; et al.,

    Plaintiffs/Petitioners,

v.

Juan ACOSTA, Assistant Field Officer Director, Miami Field Office, Immigration and Customs Enforcement; et al.

    Defendants/Respondents.

_____/

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation to Dismiss [ECF No. 165]. Having carefully considered the Stipulation to Dismiss, it is

**ORDERED AND ADJUDGED** that:

1. the Stipulation [ECF No. 155] is **APPROVED,** and the agreements set forth in paragraphs 1 and 2 of the Stipulation are adopted as findings by the court;

2. Khalid Abdullah Mohamed is **DISMISSED** from Plaintiffs' class and this action; and

3. Defendants will transfer Khalid Abdullah Mohamed so he can attend removal proceedings in Batavia, New York, where his immigration case is currently venued.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of August, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE